IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,                                      JUDGMENT IN A CIVIL CASE

v.                                                    13-cv-517-wmc

THE PER MAR SECURITY SERVICES,
JIM FLATER and LUCAS LAST NAME
UNKNOWN,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Michael Young's motion for leave to proceed and dismissing this case.

| /s/ | 12/3/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |